

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2015

No. 04-14-00288-CR

Ricardo Roger **MORALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1384-CR-A
The Honorable William Old, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Pro se Brief is hereby GRANTED. The brief is due June 22, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court